CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Indictment　　　( )
Complaint　　　(**X**)
Information　　　( )
Felony　　　　　(**X**)
Misdemeanor　　( )
Juvenile　　　　( )

County of Offense:　　Davidson
AUSA's NAME:　　　Josh Kurtzman

Reviewed by AUSA:　　_____
　　　　　　　　　　　(Initials)

Elijah Millar
Defendant's Full Name

_____
Defendant's Address

Interpreter Needed? _____ Yes　__X__　No

If Yes, what language?　　_____

_____
Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 922(g)(4) | Unlawful possession of a firearm by an individual who has been adjudicated as a mental defective or has been committed to any mental institution at 16 years of age or older | Maximum of 15 years imprisonment | $250,000 |

Is the defendant currently in custody?　Yes　(**X**)　No ( )　　If yes, State or Federal? **State**　Writ requested　(**Yes**)

Has a complaint been filed?　　　　　Yes　( )　　No　(X)

Has a search warrant been issued?　　Yes　( )　　No　(X)

Was bond set by Magistrate/District Judge?　Yes　( )　　No　( )　　　Amount of bond: _____

Is this a Rule 20? Yes ( )　No (X)　　To/from what district?　_____
Is this a Rule 40? Yes ( )　No (X)　　To/from what district?　_____

Estimated trial time:　　　**3 Days**

The Clerk will issue a Summons/**Warrant**　(circle one)　(Note:　If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested: Yes (**X**)　No ( )　　Recommended conditions of release:　_N/A_____