UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA

v.                                          Criminal Case No. 3:25-mj-01266

ELIJAH JORDAN MILLAR

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

1. ELIJAH JORDAN MILLAR, Control #JID0041949, DOB: \*\*/\*\*/2005, is, in due form and process of law, confined in the custody of the Rutherford County Adult Detention Center, located at 940 New Salem Hwy, Murfreesboro, TN 37129.

2. Said individual is needed for an initial appearance and related proceedings pursuant to a Complaint in Case Number 3:25-mj-01266, and is needed to appear before this Court. A Writ of Habeas Corpus Ad Prosequendum should issue for that purpose.

DATED: June 23, 2025

                                               *s/ Joshua Kurtzman*
                                               Joshua Kurtzman
                                               Assistant United States Attorney
                                               Petitioner

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:      United States Marshals, Middle District of Tennessee
           Rutherford County Adult Detention Center, 940 New Salem Hwy, Murfreesboro, TN 37129
           The Petition is GRANTED

YOU ARE HEREBY COMMANDED to bring or cause to be brought ELIJAH JORDAN MILLAR, Control #JID0041949, DOB: \*\*/\*\*/2005 is, in due form and process of law, confined in the custody of the Rutherford County Adult Detention Center, located at 940 New Salem Hwy, Murfreesboro, TN 37129, and shall be transferred to the custody of the United States Marshal and produced before this Court to attend his initial appearance and other proceedings in this matter, and shall be retained in federal custody pending resolution in this matter.

WITNESS, Alistair E. Newbern, United States Magistrate Court Judge for the Middle District of Tennessee.

DATED: _____

                                               UNITED STATES DISTRICT COURT
                                               By: _____
                                                     ALISTAIR E. NEWBERN
                                                     U.S. Magistrate Judge