**MAGISTRATE JUDGE NEWBERN COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS**

U.S.A. v. Elijah Millar, No. 3:25-mj-1266

ATTORNEY FOR GOVERNMENT: Sarah Bogni appearing for Josh Kurtzman

ATTORNEY FOR DEFENDANT: David Baker  ☒ AFPD ☐ Panel ☐ Retained

PRETRIAL SERVICES/PROBATION OFFICER: Tiana Rock

INTERPRETER NEEDED? ☐ YES ☒ NO   LANGUAGE/INTERPRETER: _____
☐ PRESENT ☐ TELEPHONE ☐ VIDEO

☐ Defendant consents to appear before the Magistrate Judge by video

☒ **INITIAL APPEARANCE**   ☐ ON A SUMMONS   ☒ ARRESTED ON: June 23, 2025
  DEFENDANT HAS A COPY OF:
  ☒ Complaint  ☐ Indictment  ☐ Information  ☐ Supervised Release Pet.  ☐ Other: _____
  ☒ Defendant advised of the charges & maximum penalties   ☒ Defendant advised of right to counsel
  ☒ Defendant provided the financial affidavit   ☐ Counsel retained   ☒ FPD Appointed
  ☒ Defendant advised of right to silence   ☐ Defendant advised of right to Consular Notification
  ☒ GOVERNMENT & DEFENDANT advised of Due Process Protections Act of 2020
  ☒ Defendant advised of right to preliminary hearing   ☒ Defendant waived preliminary hearing
  ☒ Government filed motion for detention   ☒ Defendant Waived detention hearing
  ☐ Defendant temporarily detained   ☐ Defendant reserved right to hearing in future
  ☐ Defendant to remain in Federal custody   ☒ Defendant to be returned to state custody
  ☐ Defendant to remain on current conditions of supervised release
  ☐ Defendant released on:
      ☐ Standard ☐ Special ☐ Appearance Bond: _____   ☐ Property Bond
  ☐ RULE 5- Defendant advised of right to identity hearing   ☐ Defendant waived identity hearing
  ☐ RULE 5- Defendant reserved right to have preliminary hearing in District of Prosecution
  ☐ RULE 5- Defendant elected to have detention hearing in District of Prosecution

☐ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:** _____
  ☐ Good cause shown to exceed 5 business days

☐ **GRAND JURY WAIVED IN OPEN COURT**   (Waiver of Indictment executed)
☐ **ARRAIGNMENT**
  ☐ Defendant acknowledges receipt of Indictment/Information   ☐ Indictment/Information read to Defendant
  ☐ Defendant waived reading thereof   ☐ Court advised maximum penalties
  **PLEA:** ☐ GUILTY   ☐ NOT GUILTY
  ☐ Misdemeanor- defendant consented to trial before Magistrate Judge

---

**DATE:** June 23, 2025   **TOTAL TIME:** 15 minutes
**BEGIN TIME:** 1:18 p.m.   **END TIME:** 1:33 p.m.
☒ Digitally Recorded   ☐ Court Reporter: _____