UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ELIJAH MILLAR,<br><br>Defendant. | Case No. 3:25-mj-2166<br><br>Magistrate Judge Alistair E. Newbern |

# **ORDER**

On June 23, 2025, Defendant Elijah Millar appeared for an initial appearance on the criminal complaint. Defendant, by and through counsel, waived his right to a preliminary hearing and detention hearing, but would reserve the right to request a preliminary hearing and detention hearing at a later date on his motion.

Defendant requested that he be returned to state custody. The Government did not object to Defendant's request. Defendant has executed a waiver of his rights under the Interstate Agreement on Detainers. The Court considered Defendant's request reasonable and ordered him returned to custody of the Rutherford County Sherriff's Office.

It is therefore ORDERED that Defendant be returned to state custody at the facility where he is currently housed. The Marshal shall ensure that a federal detainer remains in place so that, should Defendant be released from state custody, he will enter federal custody, where he will remain pending trial in this case.

If Defendant has not been released into federal custody from the state before the next scheduled proceeding in this case, counsel for the parties shall ensure that an application for a Writ of Habeas Corpus ad Prosequendum is filed at least two weeks before any Court proceeding.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge