UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:25-mj-1266 |
| v. | ) |
| | ) MAGISTRATE JUDGE NEWBERN |
| ELIJAH MILLAR | ) |

## UNOPPOSED MOTION FOR DETENTION HEARING

The defendant, Elijah Millar, hereby moves this Honorable Court for an order setting a detention hearing in this matter. In support of this motion, Mr. Millar would show that on June 23, 2025, he had an initial appearance in this district. At that time, he moved this Court to return him to state custody and that motion was granted. He also waived and reserved his right to request a detention hearing at a later time. (Doc. No. 12) Mr. Millar is currently in state custody in the Rutherford County jail, but he now moves this Court to set a detention hearing in two weeks, so that the Marshals will have sufficient time to transport him to this Court. Once this Court sets a detention hearing, counsel will file a motion for a writ of habeas corpus *ad prosequendum,* directing the United States Marshals Service to return Mr. Millar to this Court for a hearing.

Defense counsel has discussed this motion with Assistant United States Attorney Josh Kurtzman, who has authorized defense counsel to state that the government is not opposed to this motion. Mr. Millar is currently charged by way of a criminal complaint, but Mr. Kurtzman indicates that he anticipates that the

grand jury will return an indictment against Mr. Millar next week. If so, the arraignment could be held on the date of the scheduled detention hearing.

Wherefore, Mr. Millar requests that this court set a detention hearing in this matter.

Respectfully submitted,

s/ *R. David Baker*
R. DAVID BAKER
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047
David_baker@fd.org

Attorney for Elijah Millar

### CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2025, I electronically filed the foregoing *Unopposed Motion for Detention Hearing* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Joshua A. Kurtzman, Assistant United States Attorney, 719 Church Street, Suite 3300, Nashville, Tennessee, 37203.

s/ *R. David Baker*
R. DAVID BAKER